UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATHRYN E. KENEFICK,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-01243-KI<br><br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4779.07 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010), payment shall be to Max Rae, Attorney, at P.O. Box 7790, Salem, OR 97303-0175, on behalf of Plaintiff.

DATED this   17   day of   February   2011.

                                                    /s/ Garr MN.King
                                                  UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Richard A. Morris
RICHARD A MORRIS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
(206) 615-2156
Of Attorneys for Defendant